## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph F. Podrazil<br>    aka Joseph Frank Podrazil,<br>    aka Joseph Podrazil<br>&<br>Jennifer L. Podrazil<br> aka Jennifer Lynn Podrazil<br> aka Jennifer Podrzil<br>  aka Jennifer Inzinna<br>  aka Jennifer L. Inzinna<br>  dba Second Street Salon<br>  aka Jennifer Lynn Inzinna<br>                       Debtor(s) | BK NO. 12-04140 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/ James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  412-430-3594