```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 12-04140-JJT
Joseph F. Podrazil                                              Chapter 13
Jennifer L. Podrazil
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: TWilson            Page 1 of 1            Date Rcvd: Sep 27, 2017
                                Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db/jdb         +Joseph F. Podrazil,   Jennifer L. Podrazil,   3708 Hemlock Farms,   Lords Valley, PA 18428-9150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
              Allison Frances Wells    on behalf of Creditor    BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. pamb@fedphe.com,
               FedPhe@hotmail.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Joint Debtor Jennifer L. Podrazil jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor Joseph F. Podrazil jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Green Tree Servicing LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee of
               the GMACM Home Equity Loan Trust 2004-HE3 jschalk@barley.com,   sromig@barley.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Joseph F. Podrazil
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent Rubino    on behalf of Joint Debtor Jennifer L. Podrazil
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joseph F. Podrazil<br>aka Joseph Frank Podrazil,<br>aka Joseph Podrazil<br>and<br>Jennifer L. Podrazil<br>aka Jennifer Lynn Podrazil<br>aka Jennifer Podrzil<br>aka Jennifer Inzinna<br>aka Jennifer L. Inzinna<br>dba Second Street Salon<br>aka Jennifer Lynn Inzinna<br>      Debtors<br><br>Ditech Financial LLC<br>      Movant | NO. 12-04140 JJT<br><br>CHAPTER 13 |

ORDER OF COURT

AND NOW, this 25th day of September, 2017, it is ORDERED that the Motion for an Extension is Granted, and Movant shall file a response to the Trustee's Notice of Final Cure (Doc. 79) on or before September 28, 2017.

Dated: September 25, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)