```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 12-04140-JJT
Joseph F. Podrazil                                          Chapter 13
Jennifer L. Podrazil
        Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: TWilson           Page 1 of 1           Date Rcvd: Oct 18, 2017
                            Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
db/jdb         +Joseph F. Podrazil,    Jennifer L. Podrazil,    3708 Hemlock Farms,    Lords Valley, PA 18428-9150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
              Allison Frances Wells    on behalf of Creditor    BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. pamb@fedphe.com,
               FedPhe@hotmail.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Joseph F. Podrazil jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor 2 Jennifer L. Podrazil jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Green Tree Servicing LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee of
               the GMACM Home Equity Loan Trust 2004-HE3 jschalk@barley.com,   sromig@barley.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Jennifer L. Podrazil
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 Joseph F. Podrazil
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 11

**fnldec** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joseph F. Podrazil<br>aka Joseph Frank Podrazil, aka Joseph Podrazil<br>3708 Hemlock Farms<br>Lords Valley, PA 18428 | Chapter 13<br>Case No. 5:12−bk−04140−JJT |

Jennifer L. Podrazil
aka Jennifer Podrzil, aka Jennifer Lynn Podrazil, aka
Jennifer Inzinna, aka Jennifer Lynn Inzinna, aka
Jennifer L. Inzinna, dba Second Street Salon
3708 Hemlock Farms
Lords Valley, PA 18428

Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−0998
xxx−xx−3025

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 18, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk